(No. 6035—

FS SERVICES, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC WORKS AND BUILDINGS, Respondent.

*Opinion filed May 11, 1971.*

ILLINOIS AGRICULTURAL ASSOCIATION AND AFFILIATED COMPANIES, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.